NS:NEM
F. #2018R02175

**Filed: August 27, 2020**
**1:20-cr-00332**
**Judge Margo K. Brodie**
**Magistrate Judge Sanket J. Bulsara**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

STANLEY ELIANOR,

           Defendant.

I N D I C T M E N T

Cr. No. **1:20-cr-00332**
(T. 18, U.S.C., §§ 922(g)(1), 924(a)(2),
924(d)(1) and 3551 et seq.; T. 21,
U.S.C., § 853(p); T. 28, U.S.C.,
§ 2461(c))

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

<u>FELON IN POSSESSION OF A FIREARM AND AMMUNITION</u>

1. On or about and between September 6, 2015 and September 7, 2015, both dates being approximate and inclusive, within the Eastern District of New York, the defendant STANLEY ELIANOR, knowing that he had previously been convicted in a court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a black Masterpiece Arms .45 caliber pistol, and ammunition, to wit: (a) nine rounds of .45 caliber ammunition bearing the headstamp "P M C 45 AUTO"; (b) ten rounds of .45 caliber ammunition bearing the headstamp "W R A 6 8"; and (c) eight rounds of .45 caliber ammunition bearing the headstamp "45 AUTO WOLF."

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2.  The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922, including but not limited to: (a) one black Masterpiece Arms .45 caliber pistol; (b) nine rounds of .45 caliber ammunition bearing the headstamp "P M C 45 AUTO"; (c) ten rounds of .45 caliber ammunition bearing the headstamp "W R A 6 8"; and (d) eight rounds of .45 caliber ammunition bearing the headstamp "45 AUTO WOLF," all of which were seized on or about September 7, 2015 in Brooklyn, New York.

3.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

> (a)  cannot be located upon the exercise of due diligence;
>
> (b)  has been transferred or sold to, or deposited with, a third party;
>
> (c)  has been placed beyond the jurisdiction of the court;
>
> (d)  has been substantially diminished in value; or
>
> (e)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____
FOREPERSON

_____
SETH D. DuCHARME
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2018R02175
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

STANLEY ELIANOR,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 922(g)(1), 924(a)(2), 924(d)(1) and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_____ /s/ Janne Turner
                                          *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                                   *Clerk*

*Bail, $* _____

_____

*Nadia E. Moore, Assistant U.S. Attorney (718) 254-7000*